**UNITED STATES BANKRUPTCY COURT**
**for the Western District of Virginia**
**Lynchburg Division**

| | |
|---|---|
| **In re: Robert E Fifer** | **CASE NO. 13–62577** |
| **Debtor(s)** | **CHAPTER 13** |

**ORDER DISMISSING CASE**

For the reasons set forth in the Notice or Motion, and for good cause shown, it is

O R D E R E D

that the above case(s) and all related pending motions and adversary proceedings arising therein, unless on appeal, be, and the same hereby are, dismissed.

It is further

O R D E R E D

that upon the trustee filing a final report herein, the same shall be deemed approved without further order, trustee's bond shall be released and the trustee shall be discharged from further liability herein unless proper objection is made to said final report within thirty (30) days after filing of same or such extended time as may be granted upon proper application made within said thirty (30) day period. If the Discharge Order has been issued, the same is recinded.

If the case is a Chapter 13 case, it is further

O R D E R E D

that the employer, if heretofore ordered to do so, shall cease making deductions from debtor(s)' wages to be paid to the trustee.

Service of a copy of this Order shall be by mail to the debtor(s), attorney for the debtor(s), trustee, employer, if applicable, U.S. Trustee, and all parties on the current mailing matrix.

**Entered:** 8/26/14

*Rebecca B Connelly*
REBECCA B CONNELLY, JUDGE

van02.jsp

```
                        United States Bankruptcy Court
                         Western District of Virginia
```

In re:                                                              Case No. 13-62577-rbc
Robert E Fifer                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0423-6          User: johnsons              Page 1 of 1              Date Rcvd: Aug 26, 2014
                              Form ID: van02              Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2014.
```
db            +Robert E Fifer,    1018 Piedmont Street,    Apt. B,    Bedford, VA 24523-2918
3884915       +Advanced America Cash Advance,    2100 Wards Road,    Lynchburg, VA 24502-5312
3884917        Bedford County Treasurer,    122 E Main Street, Suite 101,    Bedford, VA 24523-2000
3884921       +CNAC,   2828 Candlers Mountain Road,    Lynchburg, VA 24502-2210
3884918       +Carillion Medical Center,    213 South Jefferson Street,    Roanoke, VA 24011-1700
3884919       +Centra Health,    PO Box 79940,    Baltimore, MD 21279-0940
3884920       +Check Into Cash,    2121 Wards Road,    Lynchburg, VA 24502-5311
3884922       +Express Check Advance,    586 Blue Ridge Avenue,    Bedford, VA 24523-2604
3884923       +Grubbs Funeral Home,    215 6th Street,    Wytheville, VA 24382-2510
3884924       +Henry Crews,    528 Savannah Ave,    Lynchburg, VA 24502-2932
3884925       +JD Byrider,    3141 Peterscreek Road NW,    Roanoke, VA 24019-2715
3972790       +Jean Callahan,    550 Scudder Avenue,    Copiague, NY 11726-3431
3884926       +Lee Foutz,    104 Rollingwood Court,    Troutville, VA 24175-6677
3884927       +Nancy Maxfield,    4438 Shingleblock Road,    Bedford, VA 24523-6106
3884928       +Nelson Martin,    1124 Falling Creek Road,    Bedford, VA 24523-3132
3894194       +Nelson O. Martin,   c/o Steven C. Wandrei, Esq.,    Radford & Wandrei,    PO Box 1008,
               Bedford, VA 24523-1008
3884930       +Robert and Tracey Bryant,    1231 Timber Ridge Road,    Bedford, VA 24523-4233
3891433       +TMC Finance, LLC,    dba CNAC,   c/o J. Frederick Watson, Esq.,    PO Box 6320,
               Lynchburg, VA 24505-6320
3884931       +Title Max,    2505 Memorial Avenue,    Lynchburg, VA 24501-2621
3884932       +Urgent Money Service,    406 E Main Street #B,    Bedford, VA 24523-2017
3884934       +Wytheville Community Hospital,    600 W Ridge Road,    Wytheville, VA 24382-1044
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
3884914       +EDI: AAEO.COM Aug 26 2014 22:03:00      Aarons Rental,    4140 Melrose Ave.,
               Roanoke, VA 24017-5812
3884916       +E-mail/Text: egilliam@mstpf.com Aug 26 2014 22:11:08      Approved Cash Advance,
               1128 Lynchburg Salem Turnpike East,    Suite 400,    Bedford, VA 24523-3445
3884929       +EDI: HCA2.COM Aug 26 2014 22:03:00      Pulaski Community Hospital,    2400 Lee Highway,
               Pulaski, VA 24301-2332
3888760        EDI: Q3G.COM Aug 26 2014 22:03:00      Quantum3 Group LLC as agent for,    CF Medical V LLC,
               PO Box 788,    Kirkland, WA 98083-0788
3884933       +EDI: USCELLULAR.COM Aug 26 2014 21:58:00      US Cellular,    PO Box 371345,
               Pittsburgh, PA 15250-7345
                                                                                               TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             TMC Financial, LLC Dba CNAC
cr*           +Jean Callahan,    550 Scudder Avenue,    Copiague, NY 11726-3431
                                                                                             TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2014                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2014 at the address(es) listed below:
```
              James Frederick Watson    on behalf of Creditor TMC Financial, LLC  Dba CNAC
               fwatson@caskiefrost.com
              Reginald R Yancey    on behalf of Debtor Robert E Fifer rryald@comcast.net, rryald@yahoo.com
              T Henry Clarke, IV    on behalf of Creditor Jean  Callahan ivlaw.clarke@verizon.net
              USTrustee    USTPRegion04.RN.ECF@usdoj.gov
                                                                                             TOTAL: 4
```